RECEIVED SCANNED
MAY 27 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5-23-21

Judge Claudia Wilkens,

Tonight just 10 min ago @ Corcoran State Prison in Adseg. The inmate in F-173 was comming out of Shower with his Hands cuffed Behind his Back to be escorted Back to his cell c.o. Espinoza & another officer smashed his head into Shower door & split his head open.

I was Assulted with a weapon By c.o. T. Silva on 4-1-21 on 4B-1L-B Section in morning c.o. T. Silva came to B. Section entry Door which was closed called me to The Door- Tells me I'm getting A Rules Violation. I Asked for what. c.o. T. Silva say for Delaying a Peace officer. I said whatever I'm not gonna get into it with you I'll call a Lawyer.
c.o. T. Silva Yelled Through The door as he reached for his MK9 pepper spray & his keys to open B section door. And says "what The Fuck Did You Say?" I was already Approx 10 ft Away from The door when it opened

I said "I'll call a lawyer.
He aimed the spray at my face.
C.O. T. Silva tells me to lock it down for the day.
I asked so your not gonna allow me to work? (I was an ADA worker)
That's fine when I come out tomorrow I'll call a lawyer.
C.O. T. Silva then sprays me in the face
Tells me to get down. (I did)
Tells me to prone out (I did)
Then he comes over & sprays a bunch more spray in my nose & mouth & says Call a lawyer now.

He then writes me up for assaulting him saying I threatened him. & came at him with clenched fists. My (R) hand was broke for over a month. & couldnt clench my (R) hand.
& He stated in his report It all happens around my cell #26 and he was standing in middle of the Day Room.

But That is on The other side of Day Room from where I was Proned which is acrosse The whole Day room from my cell by B section entry where Sgt. Cid & All Responding COs Saw me & C/o T. Silva was Standing By micow wave which is Right Next to B-section entry.

I filed a Excessive Force Complaint. Did a video Interview. But I was still found goilty for my RUR. & No Response to my complaint.

I also wrote OIG A letter explaineing The Situation in Better Detail.

No Response.

My Life was Threatend by staff on April 1st when I got to Ad Seg. Saying Well Break Your Bones & Fuck your CCCMS handicap Asscp.

(I have a Bad (L) knee in a Brace Petella displaces slightly.)

I have NoBody OUT There That Can help me, & I need help.

That spray suffocated me & swelled my sinuses shut I couldn't hardly Breath.....

I got to go get surgery done on my (R) hand The long tendon in my Thumb That goes to my wrist Ruptured, I also HAD a Broken Cavical. Dr. Smith The Orthopedist from Regenerative Orthopedics in San Luis obispo. will be doing my Surgery.

I'm in fear for my life & personal safety. And grievances Take months & even Though It, was obvious The Co.T. Silva Lied They make us go The 602 Route to Appeal The Guilty Findings which Takes up to 60 days Just on First Level & up to 6 months to 8 months When The Appeal goes to Sacramento for Review.

Please, Please I Beg Help me. The warden there & Sgts LTs will have COs Really Beat me up Bad or Kill me.

That is a fact. I SU Also Will Hurt or kill us too. The ISU is in Cahoots with The Rest. And Some of These COs Brag about being Green Wall Some LTs Sgts & ISU Staff too have mentioned or flew Green Rags As being Green Wall.
  Im in on a non-violent case up until The write up on April 1st.
  I had been write up free for 2 yrs & Programing I also recieved my Cal OSHA Certificate Janitorial / Covid-19
  My Release Date Would have Been August 30th next year.
  Plus- I have A 1 yr

Prisen Prior That SB 136 Takes away from all our Sentances. Records here refuse to do it unless a court Document comes in ordering Them to do so. Because "They Dont care what Legislation says." goodtime Added Back & with my 150 days and That 1yr Prisen Prior Taken off my Sentence I would be out of Prison this August 30th 2021.

Ive made Big Strides, Getting help with my PTSD, & staying away from criminal activity.

And want to go straight to a mental health in Patient Program to fix my PTSD Trigers. In Sacramento where I'll be released to. Help me.

Do Not Mention this to The Warden of Corcoran State Prison in Any way while I'm here. It could meen my life.

Thank you for your time

Robert McInnis AW5192
Ad Seg F. 168
P.O Box 3456
Corcoran, CA 93212

*Robert McInnis* (signature)

5-23-21

Robert McGinnis AW5192
AW5192 F-108
P.O. Box 3456
Corcoran, CA 93212

Corcoran State Prison

LEGAL MAIL

United States District court
For The Northern District of california
Philip Burton Federal BLDG & U.S. Court house
c/o Magistrate Judge Claudia Wilkens
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
MAY 27 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PRO SE

