1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMAR MCINNIS,<br><br>                 Plaintiff,<br><br>       v.<br><br>SILVA, *et al.*,<br><br>                 Defendants. | Case No.  1:21-cv-01171-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

     Plaintiff Robert Lamar McInnis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

     This action was transferred from the United States District Court for the Northern District of California on August 2, 2021.  (ECF No. 9.)  All pending motions were terminated, including Plaintiff's prior motion for leave to proceed *in forma pauperis*.  (ECF Nos. 6, 9.)  Plaintiff must therefore pay the $402.00 filing fee or submit a new application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

     Accordingly, IT IS HEREBY ORDERED that:

     Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, together with a certified copy of his inmate trust account statement, or in the alternative, pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause.  Failure**

1 | **to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**August 3, 2021**__     ____/s/ Barbara A. McAuliffe____
                                                          UNITED STATES MAGISTRATE JUDGE